UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THE ANNUITY, PENSION, WELFARE AND
TRAINING FUNDS OF THE
INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, by its          **MEMORANDUM AND ORDER**
Trustees EDWIN L. CHRISTIAN, CHRIS               Case No. 07-CV-876 (FB) (RML)
CONFREY, JOHN CRONIN, FRANCIS P.
DIMENNA, ALFRED GEROSA, JOHN
HYERS, DANIEL NOESGES, and JOHN F.
O'HARE, and JOHN and JANE DOE, as
Beneficiaries of the Annuity, Pension, Welfare
and Training Funds of the International Union
of Operating Engineers, Local 14-14B,
AFL-CIO,

                    Plaintiffs,

        -against-

STAR STRUCTURAL, INC.,

                    Defendant.
-----------------------------------------------------------------x

*Appearances:*
*For the Plaintiff:*
JAMES MICHAEL STEINBERG, ESQ.
Brady McGuire & Steinberg, LLP
603 Warburton Avenue
P.O. Box 176
Hastings-on-Hudson, NY 10706

**BLOCK, Senior District Judge:**

        On February 21, 2008, Magistrate Judge Levy issued a Report and

Recommendation ("R&R") recommending plaintiffs be permitted to conduct an audit of

defendant's books and records for the period from August 29, 2003 through June 30, 2006,

as well as $2,098.75 in attorney's fees and costs. *See* R&R at 7. The R&R also stated that

failure to object within ten days would preclude appellate review. *See id.* According to the

docket, the Clerk's office mailed a copy of the R&R to defendant on February 21, 2008. No objections to the R&R have been filed.

If clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error, *see Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000); no such error appears here. Accordingly, the Court adopts the R&R without *de novo* review and directs the Clerk to enter judgment in accordance with the R&R.

**SO ORDERED.**

s/FB

FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
March 25, 2008